USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Danny Cardonia,

             Plaintiff,

- against -

The City of New York, et al.,

             Defendants.
------------------------------x

07 Civ. 7099 (PAC)
**ORDER OF DISCONTINUANCE**

    HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the agreement not be consummated within thirty (30) days of the date hereof.

The Court will sign a formal settlement agreement upon receipt from the Orders and Judgment Clerk of the United States District Court, Southern District of New York. The Clerk of Court is directed to close this case, and terminate any pending deadlines or motions.

Dated: New York, New York
       March 18, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

---

[1] A.C.C Steve Stavridis deposited a voice message with chambers on Tuesday, March 18, 2008 at 10:55 A.M indicating the case settled.